316 F.2d 734
 Clark LUKE, Appellant,
v.
The PENNSYLVANIA RAILROAD COMPANY, a Corporation.
 No. 14204.
 United States Court of Appeals Third Circuit.
 Argued April 25, 1963.
 Decided May 8, 1963.
 
 Appeal from the United States District Court for the Western District of Pennsylvania; Edward Dumbauld, Judge.
 Hymen Schlesinger, Pittsburgh, Pa., for appellant.
 William C. Walker, Pittsburgh, Pa., Dickie, McCamey, Chilcote & Robinson, Pittsburgh, Pa., for appellee.
 Before KALODNER, HASTIE and GANEY, Circuit Judges.
 PER CURIAM.
 
 
 1
 On review of the record we find no error. The Order of the District Court denying appellant's motion for a new trial will be affirmed. 207 F.Supp. 550.